UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. _____

SEA VIEW INN, LLC D/B/A SEA
VIEW,

     Plaintiff,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

     Defendant.

_____/

## COMPLAINT

Plaintiff, SEA VIEW INN, LLC, by and through undersigned counsel, hereby files this Complaint against Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, and in support thereof, would allege:

## JURISDICTION AND VENUE

1.    This is an action for monetary damages in excess of $75,001.00, exclusive of prejudgment interest, costs, and attorneys' fees.

2.    Venue is proper in the United Stated District Court, Middle District of Florida pursuant to 42 U.S.C. § 4072, as the cause of action upon which these allegations are based accrued in Brevard County, Florida, and the property at issue is located in Brevard County, Florida, and the subject statute provides for exclusive

federal jurisdiction in the district court for the district in which the insured property is located.

## PARTIES

3.     Plaintiff, Sea View Inn, LLC, is a Florida corporation and at all times material to this action was the owner of real property within the jurisdictional boundaries of Brevard County, Florida.

4.     Defendant, Hartford Insurance Company of the Midwest, was licensed/authorized to and was doing business in the State of Florida.

5.     Defendant, Hartford Insurance Company of the Midwest, is an authorized insurance carrier by the State of Florida to engage in the business of selling insurance.

6.     Moreover, Hartford Insurance Company of the Midwest is a Write Your Own ("WYO") Program carrier participating in the National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act ("NFIA") and related regulations propagated by the Federal Emergency Management Agency ("FEMA") that issued a Standard Flood Insurance Policy to the Sea View Inn, LLC within the State of Florida.

7.     Hartford Insurance Company of the Midwest is duly authorized to, and does in fact, issue or otherwise causes to be issued, policies of insurance under NFIP in Brevard County, Florida.

## BREACH OF CONTRACT

8.     This is a cause of action for damages by Plaintiff, Sea View Inn, LLC against Defendant, Hartford Insurance Company of the Midwest, for breach of contract.

9.     Plaintiff purchased a Standard Flood Insurance Policy from Defendant, which insured the property owned by Plaintiff located at 4215 South Highway A1A, Melbourne Beach, Florida 32951 (the "Property").

10.     In consideration for a premium paid to it by Plaintiff, Defendant issued to Plaintiff a Standard Flood Insurance Policy bearing policy number 87057678702019 (the "Policy").

11.     The Plaintiff has attached a copy of the Policy and the Policy Declarations as Exhibit A to this Complaint.

12.     The Policy was in full force and effect at all material times hereto and during the subject date of loss.

13.     At all times material hereto, the Policy, among other things, provided flood insurance coverage for the motel owned by the Plaintiff.

14.     On or about November 10, 2022, Plaintiff suffered a direct physical loss by or from flood under the Policy involving the Property.

15.     Upon notice of the loss, Plaintiff timely reported the damage to Defendant.

16.     In response, Defendant acknowledged the loss and assigned an adjuster.

3

17.     Thereafter, Defendant conducted and completed an investigation of the loss.

18.     On April 18, 2023, Defendant breached the Policy by denying coverage for the loss and, failing or refusing to pay all benefits due and owing which Plaintiff is entitled to under the Policy.

19.     Thereafter, Defendant appealed the denial to FEMA.  The appeal was denied on October 23, 2023, as set forth in *FEMA Flood Insurance Appeal Decision Number 202317953*.

20.     All conditions precedent and post-loss obligations to obtaining payment of said benefits under the Policy have been complied with, met, or waived.

21.     Plaintiff has suffered damages as a result of not having benefits paid pursuant to the Policy by Defendant.

22.     As a direct and proximate result of the conduct of Defendant, Plaintiff has been obligated to retain the undersigned attorney to bring this action and is entitled to a reasonable attorneys' fees and costs pursuant to 28 USC §2412.

23.    Defendant requests a trial by jury in resolution of this matter.

WHEREFORE, Plaintiff, SEA VIEW INN, LLC, demands a judgment against Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, for damages, attorney's fees, prejudgment interest, costs, and all other relief deemed just and proper by this Court.

/s/ Jeffrey A. Carter
Michael J. Roper, Esquire
Florida Bar No.: 0473227
Jeffrey A. Carter, Esquire
Florida Bar No.: 0090832
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary:  mroper@roperpa.com
Primary:  jcarter@roperpa.com
Secondary:  ysuedmeyer@roperpa.com
Secondary: aremedios@roperpa.com
Attorney for Plaintiff